IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 CV 05704 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| CLIENT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT ORDER

This action having been decided on a motion to dismiss by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Client Services, Inc. and against plaintiff Kathleen Taylor. Defendant shall recover costs from plaintiff Kathleen Taylor.

Dated: September 12, 2018

John J. Tharp, Jr.
United States District Judge